STATE of Louisiana, Through the DEPART-
MENT OF HIGHWAYS

v.

James M. MENEFEE et al.

No. 52883.

Oct. 19, 1972.

Writ denied. On the facts found by the Court of Appeal the judgment is correct.

267 So.2d 212

Finis Leach CLAMPITT et al.

v.

DAVIS BROTHERS LUMBER CO. et al.

No. 52887.

Oct. 19, 1972.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

267 So.2d 213

Leland F. HORTMAN et al.

v.

DEPARTMENT OF HIGHWAYS,
State of Louisiana.

No. 52885.

Oct. 19, 1972.

Application denied. On the facts found by the court of appeal, the application fails to demonstrate error of law.